IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER, on its own behalf and on behalf of residential mortgage loan owners and trustees, | CIVIL ACTION NO. 18-03798 |
|---|---|
| *Plaintiff*, | |
| v. | |
| RADIAN GUARANTY INC. | |
| *Defendant*. | |

# ORDER

**AND NOW**, this 22nd day of March, 2019, upon consideration of Defendant's Motion to Dismiss, (ECF No. 15), Plaintiff's Response (ECF No. 17), and Defendant's Reply, (ECF No. 18), it is **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part** consistent with the Court's Memorandum. Count V (unjust enrichment) and Count VI (conversion) of the Complaint are **dismissed**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.