UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER, on its own behalf and on behalf of residential mortgage loan owners and trustees,<br><br>    Plaintiff,<br><br>  v.<br><br>RADIAN GUARANTY INC.,<br><br>    Defendant. | No. 2:18-cv-03798-GJP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the above-captioned action and all claims and counterclaims on or relating to the certificates of insurance or related mortgage loans at issue in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| _/s/_<br>Matthew D. Rosso (Pa. I.D. 203696)<br>REED SMITH LLP<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>T: (215) 851-8100<br>mrosso@reedsmith.com<br>*Attorney for Plaintiff* | _/s/_<br>David Smith (Pa. I.D. 21480)<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>1600 Market Street<br>Suite 3600<br>Philadelphia, PA 19103<br>T: (215) 751-2309<br>dsmith@schnader.com<br>*Attorney for Defendant* |

**SO ORDERED:**

_/s/ Gerald J. Pappert_ 3/4/21
Hon. Gerald J. Pappert, U.S.D.J.